**Order entered November 29, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01050-CV**

**WENG ONG, Appellant**

**V.**

**LORENZO BROWN, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-00039-A**

**ORDER**

Appellant has notified the Court that she has requested preparation of the reporter's record. Appellant is indigent and allowed to proceed without payment of costs. Accordingly, we **ORDER** Cathye Moreno, Official Court Reporter for County Court at Law No. 1, to file the reporter's record on or before **December 29, 2022**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Moreno and all parties.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE